UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED

JUL 3 1 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:18-00152

18 U.S.C. § 1343

MENIS E. KETCHUM II

# I N F O R M A T I O N

The United States Attorney Charges:

1.      Defendant MENIS E. KETCHUM II was a Justice on the Supreme Court of Appeals of West Virginia ("Supreme Court") from January 1, 2008, through late July 27, 2018.  He served as the Supreme Court's Chief Justice twice, in 2012 and 2016.

2.      In January 2012, defendant MENIS E. KETCHUM II began using a State-owned vehicle, a 2007 Buick Lucerne, for the purposes of commuting back and forth from his Huntington, West Virginia residence to his chambers at the State Capitol in Charleston, West Virginia.  His use of the Buick Lucerne was supposed to be limited to exclusively business-related purposes and not for personal travel.  In addition to the use of the Buick Lucerne for commuting purposes, defendant MENIS E. KETCHUM II also charged to the State of West Virginia the fuel costs associated with his commuting by using a State-issued fuel credit card, a credit card issued by Wright Express, Inc. ("WEX Bank").

3.    Between in or about August 6, 2014, and August 9, 2014, defendant MENIS E. KETCHUM II traveled from his Huntington, West Virginia home to a private golf club in western Virginia, driving the State-owned Buick Lucerne and charging the fuel costs of this trip to the State-issued fuel credit card.   The round-trip mileage for this travel was nearly 400 miles. Defendant MENIS E. KETCHUM II knew that he was not authorized to use the Buick Lucerne nor was he authorized to charge his fuel costs to the State of West Virginia because this travel was entirely for personal and recreational reasons.

4.    The fraudulent conduct by defendant MENIS E. KETCHUM II consisted of a scheme to defraud the State of West Virginia in order to obtain money and property through false and fraudulent pretenses and representations, that is, through his unauthorized personal use of a State-owned Buick Lucerne and the State-fuel card during his travel to and from West Virginia and the western Virginia golf club in 2011 through 2014.

5.    More particularly, on or about August 6, 2014, defendant MENIS E. KETCHUM II purchased fuel near his home in Huntington, West Virginia, for the Buick Lucerne using the State fuel credit card.   Thereafter, he drove the Buick from Huntington, West Virginia to the western Virginia golf club, where he golfed for three days.   On his return trip home, defendant KETCHUM again charged his fuel costs to the State fuel credit card at a gas station in Princeton, West Virginia. The total value of defendant KETCHUM'S use of the Buick Lucerne for this particular golf outing was $220.80.   Defendant KETCHUM drove the Buick Lucerne to the western Virginia golf club and charged his fuel costs to the State of West Virginia on at least seven other occasions.

6.    On or about August 9, 2014, at or near, Princeton, Mercer County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant MENIS E. KETCHUM II, having devised and intending to devise a scheme and artifice to defraud and for obtaining money

by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, and pictures for the purpose of executing the scheme, that is, defendant KETCHUM used a State of West Virginia fuel credit card to purchase fuel at a gasoline station in Princeton, West Virginia for the Buick Lucerne while returning home from his golf outing in western Virginia and thereby caused to be transmitted in interstate commerce a wire communication from an electronic credit card reader at a BP gas station located at 1000 Oakvale Road, Princeton, West Virginia to electronic databases in WEX BANK's offices in Aurora, Colorado.

In violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By:

L. ANNA FORBES
Assistant United States Attorney