**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**



FILED

AUG - 6 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL NO. 2:18-cr-00152**

**MENIS E. KETCHUM II**

**MOTION OF THE UNITED STATES TO**
**SCHEDULE GUILTY PLEA HEARING**

Comes now the United States of America, by L. Anna Forbes,

Assistant United States Attorney for the Southern District of West

Virginia, and respectfully requests the Court to set a date, time,

and location for a guilty plea hearing to be held with regard to

the above-styled case.

                    Respectfully submitted,

                    MICHAEL B. STUART
                    United States Attorney

        By:

                    s/L. Anna Forbes
                    L. ANNA FORBES
                    Assistant United States Attorney
                    WV State Bar No. 6566
                    300 Virginia Street, East
                    Room 4000
                    Charleston, WV  25301
                    Telephone: 304-345-2200
                    Fax: 304-347-5104
                    E-Mail: anna.forbes@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 6th day of August, 2018, to:

James M. Cagle
1018 Kanawha Boulevard, East
Suite 1200
Charleston, West Virginia 25301

s/L. Anna Forbes
L. ANNA FORBES
Assistant United States Attorney
WV State Bar No. 6566
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-Mail: anna.forbes@usdoj.gov