UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:18-00152

MENIS E. KETCHUM, II

## GUILTY PLEA

In the presence of James M. Cagle, my counsel, who has fully explained the charge contained in the information against me and, having received a copy of the information from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the one-count information.

_8-23-18_  
Date

_[signature]_  
Menis E. Ketchum, II

Witness:

_[signature]_  
Counsel for Defendant