UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:18-00152

**MENIS E. KETCHUM, II**

O R D E R

Upon the probation officer's memorandum request received by the court on October 29, 2018, which is hereby ORDERED filed, requesting that the sentencing hearing set for December 6, 2018, and the presentence investigation deadlines be continued for a period of 45 to 60 days for the reasons set forth therein; and the United States and defendant having no objection as related to the court's clerk; it is ORDERED that the sentencing hearing be, and it hereby is, continued to 1:30 p.m. on January 30, 2019.

It is further ORDERED that the draft presentence report be submitted to counsel by December 12, 2018; counsel shall communicate to the Probation Department by December 26, 2018, any objections to the presentence report; and the presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by January 9, 2019.

It is further ORDERED that the final presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by January 16, 2019.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 30, 2018

John T. Copenhaver, Jr.
United States District Judge