

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

U.S. Probation Office
110 North Heber Street, Suite 166
Beckley, West Virginia 25801
304/252-4545

**RECEIVED**

OCT 29 2018

John T. Copenhaver, Jr.
United States District Judge

## MEMORANDUM

**TO:** The Honorable John T. Copenhaver, Jr.
United States District Judge
Charleston, West Virginia

**FROM:** Jeffrey D. Gwinn, Senior U.S. Probation Officer
United States Probation Office
Beckley, West Virginia

**DATE:** October 29, 2018

**SUBJECT:** Request for Continuance of Sentencing and Presentence Deadlines
Menis E. Ketchum, II, Docket No. 2:18CR-00152-001

Following consultation with Supervisory United States Probation Officer Matthew R. Lambert, this officer is requesting a continuance in the sentencing and presentence investigation deadlines in the above case. Since Mr. Ketchum's guilty plea hearing and assignment of his presentence investigation, this officer has been assigned the presentence investigation of Allen H. Loughry. This officer has not received the discovery in Mr. Loughry's case as of this date. However, due to the possibility of an overlap in these cases, I am requesting a continuance to avoid any unexpected changes in Mr. Ketchum's presentence report that is currently in the process of being prepared. Therefore, this officer respectfully requests a continuance of 45 to 60 days from the currently scheduled sentencing and presentence investigation deadlines in Mr. Ketchum's case.

The probation officer has attempted to contact both counsel, Assistant United States Attorney Philip H. Wright and defense counsel, James M. Cagle, to make them aware of this officer's request. However, both counsel were unavailable.

Please accept this officer's apologies for this additional delay. The Court can be assured that the probation officer is diligently attempting to complete the assigned investigations in a timely manner. Thank you for your time and consideration. Should the Court need further information with regard to the request, please advise.

cc  Supervisory USPO Matthew R. Lambert
    Defense counsel, James M. Cagle
    AUSA Philip H. Wright