## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**UNITED STATES OF AMERICA**

v.   **CRIMINAL NO. 2:18-cr-00152**

**MENIS E. KETCHUM II**

### RESPONSE OF THE UNITED STATES TO
### MOTION TO MODIFY CONDITIONS OF RELEASE

The United States does not object to periodic, reasonable travel by defendant Menis E. Ketchum II, to visit his daughter at her home in Gibsonville, North Carolina, provided that defendant Ketchum obtains permission from his supervising probation officer prior to each trip.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

By:

s/Philip H. Wright
PHILIP H. WRIGHT
Assistant United States Attorney
WV State Bar No. 7106
300 Virginia Street, East
Room 4000
Charleston, WV   25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-Mail: philip.wright@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Response of the United States to Motion to Modify Conditions of Release" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 19th day of November, 2018, to:

>James M. Cagle
>1018 Kanawha Boulevard, East
>Suite 1200
>Charleston, West Virginia 25301

>s/Philip H. Wright
>PHILIP H. WRIGHT
>Assistant United States Attorney
>WV State Bar No. 7106
>300 Virginia Street, East
>Room 4000
>Charleston, WV   25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>E-Mail: philip.wright@usdoj.gov