UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:18-00152

**MENIS E. KETCHUM II**


O R D E R


On November 9, 2018, the defendant, by his counsel, James M. Cagle, filed his Motion to Modify Conditions of Release, requesting that the court amend the travel restriction condition of his pretrial bond that restricts his travel to the Southern District of West Virginia in order to allow him to travel periodically to Gibsonville, North Carolina, to visit his daughter and assist her with her farm; and the United States, by Philip H. Wright, Assistant United States Attorney, having no objection to periodic, reasonable travel by the defendant so long as he obtains permission from his supervising probation officer prior to each trip, as set forth in its response filed on November 19, 2018; it is ORDERED that the motion be, and it hereby is, granted to the following extent and the conditions of release set forth in the Order Setting Conditions of Release entered into by the defendant on August 23, 2018, are modified

to include that the defendant may engage in periodic, reasonable travel to and from Gibsonville, North Carolina, for the purpose of visiting his daughter and assisting her with her farm after first obtaining permission from his supervising probation officer prior to each trip.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, and the United States Probation Department.

DATED: November 19, 2018

John T. Copenhaver, Jr.
Senior United States District Judge