```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:18-00152

**MENIS E. KETCHUM, II**

<u>O R D E R</u>

For reasons appearing to the court, it is ORDERED that the sentencing hearing scheduled for January 30, 2019, be, and it hereby is, continued to 1:30 p.m. on February 27, 2019.

It is further ORDERED that the deadline for filing sentencing memoranda is extended to February 13, 2019.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: January 14, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge