UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal Action No.: 2:18-00152

MENIS E. KETCHUM, II,

    Defendant.

## MOTION SEEKING A
## CHANGE OF SENTENCING DATE

    Counsel for Defendant Menis Ketchum moves the Court for a change in the sentencing date of **February 27, 2019**. The grounds for this motion are that counsel's wife has scheduled surgery procedures at the Cleveland Clinic to begin on the morning of February 27, 2019.

    Before filing this motion counsel discussed this request with Mr. Ketchum who approved the same. Further, the surgical date was not scheduled until last week and is the product of coordinating the schedules of two surgeons.

    WHEREFORE, counsel respectfully moves the Court to reschedule the sentencing in this action to another date.

    /s/ James M. Cagle
James M. Cagle (WV Bar No. 580)
1200 Boulevard Tower
1018 Kanawha Boulevard, East
Charleston, West Virginia 25301
Email: caglelaw@aol.com
Phone: (304) 342-3174
Fax: (304) 342-0448
*Counsel for Menis E. Ketchum II*

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
-CHARLESTON-

UNITED STATES OF AMERICA

v.                                                               Criminal Action No. 2:18-00152

MENIS E. KETCHUM II,

        Defendant.

## CERTIFICATE OF SERVICE

The undersigned, Counsel for the Defendant Menis E. Ketchum II, does hereby certify that a true and correct copy of the ***Motion Seeking a Change of Sentencing Date*** served via electronic filing and service has been made on opposing counsel, Philip H. Wright, AUSA on this the 14th day of January, 2019.

                                                      /s/ James M. Cagle
                                                      James M. Cagle (WV Bar No. 580)
                                                      1200 Boulevard Tower
                                                      1018 Kanawha Boulevard, East
                                                      Charleston, West Virginia 25301
                                                      Email: caglelaw@aol.com
                                                      Phone: (304) 342-3174
                                                      Fax: (304) 342-0448
                                                      *Counsel for Menis E. Ketchum II*