# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal Action No.: 2:18-cr-00152

MENIS E. KETCHUM, II,

    Defendant.

## CLARIFICATION TO DEFENDANT'S
## PRESENTENCE MEMORANDUM

Page 3 of the Defendant's Presentence Memorandum discusses Part C of U.S. v. Williams. U.S. v. Williams, identifies the misrepresentation enhancement as guideline 2 F1.1(b)(4). After Williams was sentenced guideline 2 F1.1 was replaced and consolidated into guideline 2 B1.1.

The misrepresentation enhancement discussed in Part C of U.S. v. William is identical to the misrepresentation enhancement 2 B1.1.(b)(9)(A) discussed in paragraph 95 of the presentence report and discussed on pages 2 through 4 of the Defendant's Sentencing Memorandum.(See attached, Amendments to the Sentencing Guidelines, May 10, 2001, United States Sentencing Commissioner.)

/s/ James M. Cagle
James M. Cagle (WV Bar No. 580)
1200 Boulevard Tower
1018 Kanawha Boulevard, East
Charleston, West Virginia 25301
Email: caglelaw@aol.com
Phone: (304) 342-3174
Fax: (304) 342-0448
*Counsel for Menis E. Ketchum II*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
-CHARLESTON-

UNITED STATES OF AMERICA

v.  Criminal Action No. 2:18-cr-00152

MENIS E. KETCHUM II,

    Defendant.

**CERTIFICATE OF SERVICE**

The undersigned, Counsel for the Defendant Menis E. Ketchum II, does hereby certify that a true and correct copy of the ***Correction to Defendant's Presentence Memorandum*** served via electronic filing and service has been made on opposing counsel, Philip H. Wright, AUSA on this the 12th day of February, 2019.

    /s/ James M. Cagle
    James M. Cagle (WV Bar No. 580)
    1200 Boulevard Tower
    1018 Kanawha Boulevard, East
    Charleston, West Virginia 25301
    Email: caglelaw@aol.com
    Phone: (304) 342-3174
    Fax: (304) 342-0448
    *Counsel for Menis E. Ketchum II*