# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 3/6/2019                                              Case Number 2:18-cr-00152
Case Style: USA v. Menis E. Ketchum, II
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                     Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Philip H. Wright

Attorney(s) for the Defendant(s) James M. Cagle

Law Clerk                                                  Probation Officer Jeff Gwinn

## Trial Time

## Non-Trial Time

## Court Time

1:36 pm   to 2:03 pm
Total Court Time: 0 Hours 27 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:36 - case called - defendant sworn - defense counsel over presentence report with defendant thoroughly and he understands - defendant read presentence report, went over with his attorney, he explained, understands everything

Objections - abuse of position of trust/double counting issue as stated by defense counsel on the record

Government agrees that the objections should be sustained

Parties agree TOL 8 + I = 0-6 months in Zone A - fine range of $2,000 to $20,000 - restitution $749.77

Report is factually accurate

Parties addressed the court prior to sentencing

Court stated reasons for sentence including 3553(a) factors

Sentence - $20,000 fine paid within 60 days - $749.77 restitution paid within 10 days - 3 years probation

14 days to appeal

2:03 concluded